**Russell K. Ryan # 139835**
**MOTSCHIEDLER, MICHAELIDES, WISHON,**
**BREWER & RYAN, LLP**
**1690 West Shaw Avenue, Suite 200**
**Fresno, California  93711**
**Telephone (559) 439-4000**
**Facsimile (559) 439-5654**

Attorneys for Plaintiff CALIFORNIA CONSORTIUM FOR AGRICULTURAL EXPORT, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CONSORTIUM FOR AGRICULTURAL EXPORT, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ZHONGLIN CO., LLC a California Limited Liability Company and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.:  1:13-cv-00441-LJO-MJS<br><br>**STIPULATION AND ORDER TO EXTEND NON-EXPERT DISCOVERY CUTOFF DATE** |

IT IS HEREBY STIPULATED between the parties that the non-expert discovery cut-off date be extended from January 13, 2014 to March 14, 2014.  All other dates, cut-offs, pre-trial and trial dates shall remain the same.

Dated:  January 8, 2014                    MOTSCHIEDLER, MICHAELIDES,
                                            WISHON, BREWER & RYAN, LLP


                                            By:  /s/Russell K. Ryan
                                                Russell K. Ryan, Attorneys for
                                                Plaintiff California Consortium for
                                                Agricultural Export, LLC

**MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP**

1

{00009/0126C//282857.DOC}        Stipulation Re Non-Expert Discovery Cutoff

1  Dated: January 8, 2014                SIDLEY AUSTIN LLP

2

3

4                                        By: /s/Thomas P. Hanrahan
                                              Thomas P. Hanrahan, Attorneys for
5                                             Defendant Zhonglin Co., LLC

6

7                                    **ORDER**

8

9

10 IT IS SO ORDERED.

11

12     Dated:   January 10, 2014           /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE
13