**Russell K. Ryan # 139835**
**MOTSCHIEDLER, MICHAELIDES, WISHON,**
**BREWER & RYAN, LLP**
**1690 West Shaw Avenue, Suite 200**
**Fresno, California  93711**
**Telephone (559) 439-4000**
**Facsimile (559) 439-5654**

Attorneys for Plaintiff CALIFORNIA CONSORTIUM FOR AGRICULTURAL EXPORT, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CONSORTIUM FOR AGRICULTURAL EXPORT, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ZHONGLIN CO., LLC a California Limited Liability Company and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.:  1:13-cv-00441-LJO-MJS<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DESIGNATION DEADLINE AND EXPERT DISCOVERY CUTOFF DATE** |

IT IS HEREBY STIPULATED between the parties that the deadline to designate experts in the above-referenced matter be extended from February 13, 2014 to March 27, 2014, and the deadline for rebuttal designations of experts be extended from February 27, 2014 to April 10, 2014.

IT IS FURTHER STIPULATED between the parties that the expert discovery cut-off date be extended from March 27, 2014 to April 25, 2014.

All other dates, cut-offs, pre-trial and trial dates shall remain the same.

/ / /

/ / /

/ / /

Dated:  February 12, 2014              MOTSCHIEDLER, MICHAELIDES,
                                        WISHON, BREWER & RYAN, LLP


                                        By:  /s/Russell K. Ryan
                                            Russell K. Ryan, Attorneys for
                                            Plaintiff California Consortium for
                                            Agricultural Export, LLC


Dated:  February 12, 2014              SIDLEY AUSTIN LLP


                                        By:  /s/Thomas P. Hanrahan
                                            Thomas P. Hanrahan, Attorneys for
                                            Defendant Zhonglin Co., LLC


## **ORDER**

Good cause appearing, the above Stipulation is accepted and adopted as the Order of the Court.

IT IS SO ORDERED.

Dated:   February 16, 2014            /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE