Thomas P. Hanrahan, (SBN 110609)
thanrahan@sidley.com
Michelle B. Goodman (SBN 218607)
mgoodman@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

Attorneys for Zhonglin Co., LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| CALIFORNIA CONSORTIUM FOR AGRICULTURAL EXPORT, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>ZHONGLIN CO., LLC a California Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 1:13−CV−00441−LJO−MJS<br><br>Assigned to:  Hon. Lawrence J. O'Neill<br><br>**STIPULATION AND ORDER TO PERMIT FILING OF AMENDED COUNTERCLAIM  AND TO EXTEND DEADLINES AND PRETRIAL CONFERENCE** |

IT IS HEREBY STIPULATED between the parties that Defendant-Counterclaimant may file its First Amended Answer and Counterclaims on or before March 31, 2014.

IT IS FURTHER STIPULATED between the parties the following deadlines and pre-trial dates be extended sixty (60) days:

    1.  non-expert discovery deadline:          from March 14, 2014, to **May 13, 2014**,

    2.  expert discovery deadline:               from April 25, 2014, to **June 24, 2014**,

    3.  expert disclosure deadline:              from March 27, 2014, to **May 26, 2014**,

    4.  rebuttal expert disclosure deadline:  from April 10, 2014, to **June 9, 2014**,

    5.  non-dispositive motion deadline:       from April 3, 2014, to **June 2, 2014**,

      6.  dispositive motion deadline:          from April 3, 2014, to **June 2, 2014**, and

      7.  pretrial conference:          from June 26, 2014, to **August 25, 2014**.

Dated: March 26, 2013          SIDLEY AUSTIN LLP

By:  /s/ Thomas P. Hanrahan
       Thomas P. Hanrahan
       Attorneys for Defendant
       Zhonglin Co., LLC

MOTSCHIEDLER, MICHAELIDES,
WISHON, BREWER & RYAN, LLP

By:  /s/ Russell K. Ryan
       Russell K. Ryan,
       Attorneys for Plaintiff California
       Consortium for Agricultural Export, LLC

### ORDER

For good cause, the Court approves and adopts the above Stipulation in part and **rejects it in part**. If, after reviewing this Order, the parties still wish to stipulate to extending the dates applicable to the first six items listed in the Stipulation, the said Stipulation is approved. However, the parties Stipulation to move the date of the Pretrial Conference date is rejected unless the parties first also stipulate to move the trial to a date at least six weeks beyond the pretrial conference date.

IT IS SO ORDERED.

Dated:  March 27, 2014          /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE