Thomas P. Hanrahan, (SBN 110609)
thanrahan@sidley.com
Michelle B. Goodman (SBN 218607)
mgoodman@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

Attorneys for Zhonglin Co., LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| CALIFORNIA CONSORTIUM FOR AGRICULTURAL EXPORT, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ZHONGLIN CO., LLC a California Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:13−CV−00441−LJO−MJS<br><br>Assigned to:  Hon. Lawrence J. O'Neill<br><br>**STIPULATION AND ORDER TO PERMIT FILING OF AMENDED COUNTERCLAIM  AND TO EXTEND DEADLINES AND DATES** |

IT IS HEREBY STIPULATED between the parties that Defendant-Counterclaimant may file its First Amended Answer and Counterclaims on or before March 31, 2014.

IT IS FURTHER STIPULATED between the parties that the following deadlines extended sixty (60) days:

1. non-expert discovery deadline:          from March 14, 2014, to **May 30, 2014**,
2. expert disclosure deadline:              from March 27, 2014, to **May 26, 2014**,
3. rebuttal expert disclosure deadline:     from April 10, 2014, to **June 9, 2014**,
4. expert discovery deadline:               from April 25, 2014, to **June 24, 2014**,
5. non-dispositive motion deadline:         from April 3, 2014, to **June 2, 2014**,

    6. dispositive motion deadline: from April 3, 2014, to **June 30, 2014**,

IT IS FURTHER STIPULATED between the parties that the following dates be extended:

    1. dispositive motion hearing: from May 13, 2014, at 8:30 a.m., to **August 15, 2014, at 8:30 a.m.**, Courtroom 4,

    2. pretrial conference: from June 26, 2014, at 8:30 a.m., to **October 21, 2014, at 8:30 a.m.**, Courtroom 4, and

    3. jury trial: from September 9, 2014, at 8:30 a.m., to **December 9, 2014, at 8:30 a.m.**, Courtroom 4.

Dated:  April 22, 2014                    SIDLEY AUSTIN LLP


By: /s/ Thomas P. Hanrahan
Thomas P. Hanrahan
Attorneys for Defendant
Zhonglin Co., LLC

MOTSCHIEDLER, MICHAELIDES,
WISHON, BREWER & RYAN, LLP


By: /s/ Russell K. Ryan
Russell K. Ryan,
Attorneys for Plaintiff California
Consortium for Agricultural Export, LLC

**ORDER**

    Good cause appearing, the above Stipulation is accepted, adopted and made the Order of this Court.

IT IS SO ORDERED.

Dated:  __April 22, 2014__           /s/ *Michael J. Seng*
                                                                   UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
**STIPULATION AND ORDER TO EXTEND DEADLINES AND PRETRIAL CONFERENCE**