1  **Thomas P. Hanrahan, (SBN 110609)**
   thanrahan@sidley.com
2  **Michelle B. Goodman (SBN 218607)**
   mgoodman@sidley.com
3  **SIDLEY AUSTIN LLP**
   **555 West Fifth Street, Suite 4000**
4  **Los Angeles, California  90013**
   **Telephone:  (213) 896-6000**
5  **Facsimile:  (213) 896-6600**

6  **Attorneys for Zhonglin Co., LLC**

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                             FRESNO DIVISION

11  CALIFORNIA CONSORTIUM FOR              ) Case No. 1:13−CV−00441−LJO−MJS
    AGRICULTURAL EXPORT, LLC, a            )
12  California Limited Liability Company,  ) Assigned to:  Hon. Lawrence J. O'Neill
                                           )
13              Plaintiff,                 ) **STIPULATION AND ORDER TO**
                                           ) **EXTEND DEADLINES**
14  vs.                                    )
                                           )
15  ZHONGLIN CO., LLC a California Limited )
    Liability Company; and DOES 1 through 20, )
16  inclusive,                             )
                                           )
17              Defendants.                )
                                           )
18

19

20          IT IS HEREBY STIPULATED between the parties that the following deadlines be

21  extended by three (3) weeks:

22      1. Expert discovery deadline:           from June 24, 2014, to **July 15, 2014**,

23      2. Non-dispositive motion deadline:     from June 2, 2014, to **June 23, 2014**.

24          IT IS FURTHER STIPULATED between the parties that the following deadlines be

25  extended thirty (30) days:

26      1. Non-expert discovery deadline:       from May 30, 2014, to **June 20, 2014**,

27      2. Expert disclosure deadline:          from May 26, 2014, to **June 16, 2014**,

28      3. Rebuttal expert disclosure deadline: from June 9, 2014, to **June 30, 2014**.

---

**STIPULATION AND ORDER TO EXTEND DEADLINES**

| | | |
|---|---|---|
| Dated: May 19, 2014 | SIDLEY AUSTIN LLP | |
| | By: | /s/ Thomas P. Hanrahan |
| | | Thomas P. Hanrahan |
| | | Attorneys for Defendant |
| | | Zhonglin Co., LLC |
| | MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP | |
| | By: | /s/ Russell K. Ryan |
| | | Russell K. Ryan, |
| | | Attorneys for Plaintiff California Consortium for Agricultural Export, LLC |

**ORDER**

Good cause appearing, the above Stipulation is accepted, adopted and made the Order of the Court.

IT IS SO ORDERED.

Dated: __May 19, 2014__         /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE