Russell K. Ryan # 139835
MOTSCHIEDLER, MICHAELIDES, WISHON,
BREWER & RYAN, LLP
1690 West Shaw Avenue, Suite 200
Fresno, California  93711
Telephone (559) 439-4000
Facsimile (559) 439-5654

Attorneys for Plaintiff CALIFORNIA
CONSORTIUM FOR AGRICULTURAL
EXPORT, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CONSORTIUM FOR AGRICULTURAL EXPORT, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ZHONGLIN CO., LLC a California Limited Liability Company and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 1:13-cv-00441-LJO-MJS<br><br>**ORDER GRANTING STIPULATION RE DEPOSITIONS AND**<br>**DENYING STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES** |

Plaintiff California Consortium for Agricultural Export, LLC ("**CCAE**") and Defendant Zhonglin Co., LLC ("**Zhonglin**"), by and through their respective counsel of record, hereby STIPULATE AND AGREE as follows:

1.  The deposition of the designated person(s) most knowledgeable of CCAE and the deposition of the person(s) most knowledgeable of Zhonglin Co., LLC have been deferred by the parties due to jury service conflicts and discussions between the parties toward a resolution in the case.

2.  IT IS FURTHER STIPULATED between the parties that the trial, pre-trial conference and related dates be continued and scheduled as follows:

/ / /

|   |   |   |   |
|---|---|---|---|
| A. | Jury Trial: | | May 5, 2015, 8:30 a.m., Courtroom 4 |
| B. | Pre-Trial Conference: | | March 24, 2015, 8:15 a.m., Courtroom 4 |
| C. | Discovery Deadlines | | |
|    |   | Non-Expert: | November 3, 2014 |
|    |   | Expert: | January 5, 2015 |
| D. | Expert Disclosure Deadlines | | |
|    |   | Filing: | December 1, 2014 |
|    |   | Supplemental: | December 15, 2014 |
| E. | Motion Deadlines | | |
|    |   | Non-Dispositive: | February 9, 2015 (Filing) |
|    |   | Hearing: | TBD |
|    |   | Dispositive: | February 23, 2015 (Filing) |
|    |   | Hearing: | April 7, 2015, 8:30 a.m., Courtroom 4 |

Dated: June ___, 2014         MOTSCHIEDLER, MICHAELIDES,
                              WISHON, BREWER & RYAN, LLP


                              By: /s/Russell K. Ryan
                                  Russell K. Ryan, Attorneys for
                                  Plaintiff California Consortium for
                                  Agricultural Export, LLC

Dated: June ___, 2014         SIDLEY AUSTIN LLP


                              By: /s/Thomas P. Hanrahan
                                  Thomas P. Hanrahan, Attorneys for
                                  Defendant Zhonglin Co., LLC

## ORDER

The Court, having considered the parties Stipulation above, accepts and adopts the terms of the Stipulation insofar as they extend discovery deadlines,

discovery disclosure dates, and deadlines for filing nondispositive motions and also insofar as they defer the depositions of the persons most knowledgeable.  However, the terms of the said Stipulation are rejected and DENIED with regard to the dates and deadlines therein  proposed for filing and hearing dispositive motions, for the pretrial conference and for trial.  This DENIAL is without prejudice to the parties' right to resubmit the Stipulation with terms which allow for intervals of at least six weeks  between the deadline for filing of dispositive motions and the hearing on dispositive motions,  then six weeks between the hearing on dispositive motions and the pretrial conference, and then six weeks between the pretrial conference and trial dates**.**

IT IS SO ORDERED.

Dated:   June 26, 2014           /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE