**Russell K. Ryan # 139835**
**MOTSCHIEDLER, MICHAELIDES, WISHON,**
**BREWER & RYAN, LLP**
**1690 West Shaw Avenue, Suite 200**
**Fresno, California  93711**
**Telephone (559) 439-4000**
**Facsimile (559) 439-5654**

Attorneys for Plaintiff CALIFORNIA CONSORTIUM FOR AGRICULTURAL EXPORT, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CONSORTIUM FOR AGRICULTURAL EXPORT, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ZHONGLIN CO., LLC a California Limited Liability Company and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.:  1:13-cv-00441-LJO-MJS<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL AND RELATED DEADLINES** |

Plaintiff California Consortium for Agricultural Export, LLC ("**CCAE**") and Defendant Zhonglin Co., LLC ("**Zhonglin**"), by and through their respective counsel of record, hereby STIPULATE AND AGREE as follows:

    1.  The trial, pre-trial conference and deadlines for filing and hearing dispositive motions be continued and scheduled as follows:

    A.  Jury Trial:  May 5, 2015, 8:30 a.m., Courtroom 4

    B.  Pre-Trial Conference:  March 24, 2015, 8:15 a.m., Courtroom 4

    C.  Dispositive:  December 30, 2014 (Filing)
         Hearing:  February 10, 2015, 8:30 a.m., Courtroom 4

Dated: June ___, 2014                MOTSCHIEDLER, MICHAELIDES,
                                     WISHON, BREWER & RYAN, LLP


                                     By: /s/Russell K. Ryan
                                         Russell K. Ryan, Attorneys for
                                         Plaintiff California Consortium for
                                         Agricultural Export, LLC

Dated: June ___, 2014                SIDLEY AUSTIN LLP



                                     By: /s/Thomas P. Hanrahan
                                         Thomas P. Hanrahan, Attorneys for
                                         Defendant Zhonglin Co., LLC

## ORDER

Good cause appearing, the above Stipulation is accepted and adopted as the Order of the Court.

IT IS SO ORDERED.

Dated:   June 27, 2014                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE