1  **Russell K. Ryan # 139835**
2  **MOTSCHIEDLER, MICHAELIDES, WISHON,**
   **BREWER & RYAN, LLP**
3  **1690 West Shaw Avenue, Suite 200**
   **Fresno, California 93711**
4  **Telephone (559) 439-4000**
   **Facsimile (559) 439-5654**

5  Attorneys for Plaintiff CALIFORNIA
   CONSORTIUM FOR AGRICULTURAL
6  EXPORT, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CONSORTIUM FOR AGRICULTURAL EXPORT, LLC, a California Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> ZHONGLIN CO., LLC a California Limited Liability Company and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: 1:13-cv-00441-LJO-MJS <br><br> **STIPULATION AND ORDER RE FILING OF DISPOSITIVE DOCUMENTS** |

Plaintiff California Consortium for Agricultural Export, LLC ("**CCAE**") and Defendant Zhonglin Co., LLC ("**Zhonglin**"), by and through their respective counsel of record, hereby STIPULATE AND AGREE as follows:

1. The parties filed a Joint Notice of Settlement on September 26, 2014, and the court issued an order requiring dismissal documents to be filed by Wednesday, October 29, 2014.

2. The parties are finalizing the terms of the settlement agreements in the matter but were delayed by the need for a survey to confirm the boundaries of Defendant's land. The parties expect that an additional 14 days will be sufficient time to file dispositive documents in this case.

3. The new deadline for the filing of dispositive documents shall be November 12, 2014.

Dated: October ___, 2014           MOTSCHIEDLER, MICHAELIDES,
                                    WISHON, BREWER & RYAN, LLP


                                    By: /s/Russell K. Ryan
                                        Russell K. Ryan, Attorneys for
                                        Plaintiff California Consortium for
                                        Agricultural Export, LLC

Dated: October ___, 2014           SIDLEY AUSTIN LLP



                                    By: /s/Thomas P. Hanrahan
                                        Thomas P. Hanrahan, Attorneys for
                                        Defendant Zhonglin Co., LLC


**ORDER**

Good cause appearing, the above Stipulation in Case No. 1:13-cv-00441-LJO-MJS is accepted, adopted and approved by the Court. The parties shall have until November 12, 2014, to file dispositive documents.

IT IS SO ORDERED.

Dated:  October 28, 2014            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE