| | |
|---|---|
| 1 | **Russell K. Ryan # 139835** |
| 2 | **MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP** |
| 3 | **1690 West Shaw Avenue, Suite 200** |
|   | **Fresno, California  93711** |
| 4 | **Telephone (559) 439-4000** |
|   | **Facsimile (559) 439-5654** |

Attorneys for Plaintiff CALIFORNIA CONSORTIUM FOR AGRICULTURAL EXPORT, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CONSORTIUM FOR AGRICULTURAL EXPORT, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ZHONGLIN CO., LLC a California Limited Liability Company and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 1:13-cv-00441-LJO-MJS<br><br>**STIPULATION AND ORDER RE FILING OF DISPOSITIVE DOCUMENTS** |

Plaintiff California Consortium for Agricultural Export, LLC ("**CCAE**") and Defendant Zhonglin Co., LLC ("**Zhonglin**"), by and through their respective counsel of record, hereby STIPULATE AND AGREE as follows:

1. The parties filed a Joint Notice of Settlement on September 26, 2014, and the court issued an order requiring dismissal documents to be filed by Wednesday, October 29, 2014.  A stipulation and order regarding the filing of the dispositive documents was filed and issued from the court on October 29, 2014 allowing until November 12, 2014.

/ / /

/ / /

---

MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP

1

{00009/0126C//385464.DOC}    Stipulation and Order Re Filing of Dispositive Documents

2. Plaintiff has obtained signatures on all settlement documents. Defendant is in the process of obtaining signatures from principals who are located out of the country, specifically in China, and it was necessary for documents to be translated. The parties agree that an extra week of time will be sufficient to obtain fully executed copies of all settlement documents.

3. The new deadline for the filing of dispositive documents shall be November 19, 2014.

Dated: November 12, 2014        MOTSCHIEDLER, MICHAELIDES,
                                WISHON, BREWER & RYAN, LLP


                                By: /s/Russell K. Ryan
                                    Russell K. Ryan, Attorneys for
                                    Plaintiff California Consortium for
                                    Agricultural Export, LLC

Dated: November 12, 2014        SIDLEY AUSTIN LLP


                                By: /s/Thomas P. Hanrahan
                                    Thomas P. Hanrahan, Attorneys for
                                    Defendant Zhonglin Co., LLC

**ORDER**

IT IS SO ORDERED.

Dated: November 13, 2014        /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE