# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA CONSORTIUM FOR AGRICULTURAL EXPORT, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ZHONGLIN CO, LLC,** *et al.***,**<br><br>**Defendants.** | 1:13-cv-00441-LJO-MJS<br><br>**ORDER RE STIPULATED DISMISSAL (DOC. 36)** |

Pursuant to the stipulation of all parties, Doc. 36, and Fed. R. Civ. P. 41(a)(1)(A)(ii), this entire action is dismissed with prejudice, each party to bear their own costs and attorney's fees. The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

    Dated:   **November 19, 2014**              **/s/ Lawrence J. O'Neill**
                                                                                       UNITED STATES DISTRICT JUDGE